ANNIE MARSHALL and Others, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent; DAVID SILVERSTONE and Others, Infants, by Their Guardian ad Litem, GERTRUDE M. OSOFSKY, Appellants.— Motion for

reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

McGarry Contracting Co., Inc., Respondent, v. The Board of Education of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.